UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.  ED CV 26-902 PA (DSR)                              Date: April 27, 2026

Title      A.G. v. Fereti Semaia, et al.

---

Present: The Honorable:  Daniel S. Roberts, United States Magistrate Judge

| L. Krivitsky | n/a |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiff(s)/Petitioner(s): | Attorneys Present for Defendant(s)/Respondent(s): |
|---|---|
| None present | None present |

Proceedings:            **(IN CHAMBERS) ORDER TO SHOW CAUSE WHY RESPONDENTS HAVE NOT FILED ANY RESPONSE TO PETITIONER'S MOTIONS AND AN ANSWER TO THE PETITION**

        This case is a Petition for Writ of Habeas Corpus.  See Doc. No. 1.  Shortly after filing the Petition, Petitioner filed an Ex Parte Application for Temporary Restraining Order ("TRO").  See Doc. No. 5.  Respondents filed a Notice of Appearance as well as an Opposition to Petitioner's Ex Parte Application for TRO.  See Doc. Nos. 7, 8.  Judge Anderson denied the TRO on March 6, 2026, on the ground that emergency injunctive relief was not necessary, and determination of the Petition could wait for full briefing on the merits.  See Doc. No. 9.

        On March 6th, Petitioner filed two Motions, each seeking different relief, albeit within the same docket entry.  See Doc. No. 10.  The Motions were not properly noticed for hearing before the Magistrate Judge, however, and therefore it was ambiguous (at best) as to when Oppositions and Replies were due.  To resolve that issue, on April 9, 2026, the Court entered an Order setting a briefing schedule on Petitioner's Motions.  See Doc. No. 12.  In addition, although Respondents had opposed the TRO, they had not yet answered the Petition.  Therefore, in the same Order the Court set a due date for Respondents to file their Answer and noted that **"[f]ailure to address in the Answer each claim asserted in the Petition may be treated as conceding that Petitioner is entitled to the relief sought, or at least that the factual**

---

CV-90 (03/15)                          Civil Minutes – General                          Page **1** of **2**

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.   ED CV 26-902 PA (DSR)                                    Date: April 27, 2026

Title      A.G. v. Fereti Semaia, et al.


**allegations in the petition are true.**"  Id. (bold in original).  The due date both for Respondents' Opposition to Petitioner's Motions and their Answer to the Petition was April 24, 2026.  Id.

Respondents have failed to respond either to the Motions or to the Petition by that deadline.  "The failure to file any required document, or the failure to file it within the deadline, may be deemed consent to the granting or denial of the motion, with the exception that a motion pursuant to F.R.Civ.P. 56 may not be granted solely based on the failure to file an opposition." Local Rule 7-12.

Respondents are hereby ORDERED TO SHOW CAUSE in writing, no later than **April 29, 2026**, why they have failed to comply with this Court's Order requiring a response to Petitioner's Motions and an Answer to the Petition.  Respondents may comply with this Order by filing either (1) their Answer to the Petition and Opposition to the Motions (complying with the conditions of the Court's April 9th Order), (2) a Notice that they do not oppose either or both of those items, or (3) a sworn Declaration explaining why they have failed to file timely documents and committing to when those documents will be filed.

**FAILURE TO COMPLY WITH THIS ORDER MAY RESULT IN A RECOMMENDATION THAT THE PETITION AND THE MOTIONS BE GRANTED. The Court also reiterates its prior admonishment that failure to address in the Answer each claim asserted in the Petition may be treated as conceding that Petitioner is entitled to the relief sought, or at least that the factual allegations in the petition are true.**

The Court notes that once Respondents missed the April 24th (Friday) deadline to answer the Petition, Petitioner filed a Reply (Traverse) on Sunday, April 26th – notwithstanding that the Reply was not due until May 1st.  See Doc. No. 15.  If Respondents timely file an Answer, Opposition, or both by April 29th, Petitioner may file a new Reply within seven days of Respondents' filing.  If Respondents fail to file anything by the April 29th deadline, the Motions and the Petition will be deemed unopposed and taken under submission on April 30, 2026.

**IT IS SO ORDERED.**

|  |  : |
| --- | --- |
| **Initials of Preparer** | LK |